# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **CHRISTOPHER L. NEWMAN,** | : | |
| Plaintiff, | : | Case No. 2:15-cv-3070 |
| v. | : | **JUDGE ALGENON L. MARBLEY** |
| **COMMISSIONER OF SOCIAL SECURITY,** | : | Magistrate Judge Kemp |
| Defendant. | : | |

## ORDER

This matter comes before the Court on the parties' Joint Motion to Remand to the Commissioner. (Doc. 18). In their motion, the parties stipulate and petition this Court to order remand of the above-captioned case for further administrative proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g).

For good cause shown, this case is hereby **REMANDED** pursuant to Sentence Four of § 405(g), and the Clerk is ordered to enter judgment pursuant to Federal Rule of Civil Procedure 58. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is disabled within the meaning of the Social Security Act.

**IT IS SO ORDERED.**

                                                        s/ Algenon L. Marbley
                                                       **ALGENON L. MARBLEY**
                                                       **UNITED STATES DISTRICT JUDGE**

**DATED:  July 5, 2016**