IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER L. NEWMAN, | : | |
| Plaintiff, | : | Case No. 2:15-cv-3070 |
| v. | : | JUDGE ALGENON L. MARBLEY |
| COMMISSIONER OF SOCIAL SECURITY, | : | Magistrate Judge Kemp |
| Defendant. | : | |

**ORDER**

This matter comes before the Court on the parties' Joint Stipulation for an Award of Attorney's Fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Doc. 21). The parties jointly stipulate and petition this Court to enter an award to the Plaintiff in the amount of $4,000.00, which will satisfy all of Plaintiff's claims for fees, costs, and expenses under the EAJA that may be payable in this case. Any fees paid belong to Plaintiff and can be offset to satisfy pre-existing debt that Plaintiff owes to the United States. *See Astrue v. Ratcliff*, 560 U.S. 586 (2010). After the Court enters the award, counsel for the parties shall verify that Plaintiff owes no pre-existing debt to the Government subject to offset; Defendant will then make the award payable to Plaintiff's attorney pursuant to the EAJA assignment signed by Plaintiff.

In light of the foregoing, the Court **GRANTS** the parties' Joint Stipulation for an Award of Attorney's Fees to Plaintiff in the amount of $4,000.00. (Doc. 21).

**IT IS SO ORDERED.**

      s/ Algenon L. Marbley
**ALGENON L. MARBLEY**
**UNITED STATES DISTRICT JUDGE**

**DATED: August 10, 2016**